**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MEDALLIC ART LIMITED PARTNERSHIP, A REVOKED NEVADA LIMITED PARTNERSHIP; MEDALLIC ART CORPORATION, A NEVADA CORPORATION; MEDALLIC ART COMPANY, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND ROSS HANSEN, INDIVIDUALLY, AND D/B/A NORTHWEST TERRITORIAL MINT, LLC, MEDALLIC ART LIMITED PARTNERSHIP, MEDALLIC ART CORPORATION AND MEDALLIC ART COMPANY, LLC, | No. 67101 |

Appellants,

vs.

ROBERT HOFF; AND CONNIE HOFF, HUSBAND AND WIFE,

Respondents.





FILED

DEC 0 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____ S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a district court order in a breach of contract action. Third Judicial District Court, Lyon County; Leon Aberasturi, Judge.

When our review of the docketing statement and documents submitted to this court revealed a potential jurisdictional defect, we ordered appellants to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that the order appealed from was not a final appealable order because it did not award an amount of attorney fees, but instead set a future hearing date for the purpose of determining the amount of fees. Appellants have filed a response to the order to show cause and respondents have filed a reply.

In response, appellants argue that the order appealed from was the final judgment because it resolved respondents' cause of action for attorney fees and determined that they were the prevailing party entitled to such fees. We disagree. Because the order appealed from did not establish an amount of fees, but instead set a future hearing date to determine an appropriate amount of fees, the order is not appealable.[1] Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[2]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. Leon Aberasturi, District Judge
      Laurie A. Yott, Settlement Judge
      Leverty & Associates Law, Chtd.
      Oshinski & Forsberg, Ltd.
      Third District Court Clerk
      Supreme Court Law Librarian

---

[1]We note that appellants have filed an appeal from the district court's order awarding a specific amount of fees and costs, docketed in this court as Docket No. 68776. Appellants are free to raise issues regarding respondents' entitlement to fees in the context of that appeal.

[2]Appellants' motion to consolidate this appeal with Docket No. 68776 is denied as moot. The conditional sanction imposed against appellants' counsel is hereby vacated.